**Jordan Spencer JACOBS,
Plaintiff–Appellant,**

v.

**NINTENDO OF AMERICA, INC.,
Defendant–Appellee.**

No. 03–1297.

United States Court of Appeals,
Federal Circuit.

Oct. 2, 2003.

Before NEWMAN, MICHEL, and DYK, Circuit Judges.

DYK, Circuit Judge.

*ORDER*

Nintendo of America, Inc. moves to dismiss 03–1545 for lack of jurisdiction. Jordan Spencer Jacobs opposes and moves to stay consideration of the motion to dismiss and to consolidate 03–1545 with 03–1297.* Nintendo replies.

In 03–1545, Jacobs appeals from a district court order granting Nintendo's mo-

---

\* It is not this court's usual practice to designate a dismissal as being with or without prejudice.

\* We treat Jacobs' "provisional" motion as a motion for an extension of time to file his

---

tion for attorney fees but leaving the amount of fees to be determined at a later date. We agree with Nintendo that, under *Special Devices, Inc. v. OEA, Inc.*, 269 F.3d 1340 (Fed.Cir.2001), we lack jurisdiction to review the order because it is not a "final decision," pursuant to 28 U.S.C. § 1295(a)(1), until the amount is quantified.

Accordingly,

IT IS ORDERED THAT:

(1) The motion to dismiss 03–1545 is granted.

(2) Jacobs' motions are denied.

---

opposition to the motion to dismiss. However, Jacobs' motion is unnecessary because his opposition was timely filed.